

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern          District of          New York

Mohamed Abubakr

V.

Federal Bureau of Investigation, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 10489

TO: (Name and address of Defendant)

(1) Robert S. Mueller, III, Director of Federal Bureau of Investigation, 935 Pennsylvania Avenue, NW, Washington, D.C. 20535-0001
(2) Mark J. Mershon, Asst. Dist. Dir. for NY Dist., FBI New York Filed Office, 26 Federal Plaza, New York, NY 10278
(3) Andrea Quarantillo, District Director, NY Dist., USCIS, 26 Federal Plaza, New York, NY 10278

(4) Dist. Director, USCIS Omaha Field Office 1717 Avenue H Omaha, NE 68110
(5) Michael Chertoff Director USDHS Washington, DC 20258

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel Shabasson
Pollack, Pollack, Isaac & DeCicco, Esqs.
225 Broadway, Suite 307
New York, NY 10278

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON          NOV 20 2007

CLERK                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE November 20, 2007 |
| NAME OF SERVER (PRINT) Daniel Shabasson | TITLE Attorney for Plaintiff |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: US Attorney's Office
Civil Division
86 Chambers St., New York, NY 10007

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): COPIES OF THE SUMMONS AND COMPLAINT ALSO MAILED ON 11/20/07 TO:
(1) Office of Immigration Litigation, USDOJ, Civil Div., PO Box 878, Ben Franklin Sta., Washington DC 20044
(2) Robert Mueller, III, Director FBI, 935 Pennsylvania Ave., NW Washington, DC 20535
(3) Mark J. Mershon, Assistant Director in Charge, FBI NY Field Office, 26 Federal Plaza, New York, NY 10278
(4) Andrea Quarantillo, District Director, USCIS New York Office, USCIS, 26 Federal Plaza, New York, NY 10278
(5) District Director, USCIS Omaha Field Office, USCIS, 1717 Avenue H, Omaha, NE 68110
(6) Michael Chertoff, Director, Department of Homeland Security, Washington, DC 20258

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/21/2007
Date

Signature of Server

POLLACK, POLLACK,
ISAAC & DECICCO, ESQS.
225 BROADWAY-SUITE 307
NEW YORK, NEW YORK 10007

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.