USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ABUBAKR MOHAMED,                                :        07 Civ. 10489 (SHS)
                                                :
                        Plaintiff,              :
                                                :        ORDER
            -against-                           :
                                                :
FBI, *ET AL.*,                                  :
                                                :
                        Defendants.             :
------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

   A pretrial conference having been held today, with counsel for all parties present,

   IT IS HEREBY ORDERED that:

   1.   There will be a status conference on February 8, 2008 at 9:30 a.m.; and

   2.   Defendants' answer remains due on January 19, 2008.

Dated: New York, New York
       December 14, 2007

                                                        SO ORDERED:

                                                        _____
                                                        Sidney H. Stein, U.S.D.J.