```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ABUBAKR MOHAMED,  :  07 Civ. 10489 (SHS)

             Plaintiff,  :

    -against-  :  ORDER

FEDERAL BUREAU OF INVESTIGATIONS,  :
ET AL.,
      :
             Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that the next conference will be held on March 28, 2008, at 9:30 a.m.

Dated: New York, New York
       February 8, 2008

                                          SO ORDERED:

                                          Sidney H. Stein, U.S.D.J.