USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/06

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABUBAKR MOHAMED,

                Petitioner,

- against -

FEDERAL BUREAU OF INVESTIGATION ("FBI"); ROBERT S. MUELLER, III, Director, FBI; MARK J. MERSHON, Asst. Director in Charge, New York Field Office, FBI; U.S. CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); ANDREA QUARANTILLO, District Director, New York District, USCIS; District Director, USCIS Omaha Field Office; MICHAEL CHERTOFF, Director, U.S. Department of Homeland Security,

                Respondents.

Docket No. 07 Civ. 10489 (SHS)
A46-133-250

**STIPULATION AND ORDER OF**
**DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action is dismissed with prejudice and without costs or attorney's fees to any party.

New York, New York
February 15, 2008

POLLACK, POLLACK, ISAAC & DECICCO
Attorneys for Petitioner

_____
Daniel Shabasson, Esq.
225 Broadway, Suite 307
New York, New York 10007
Tel.  (212) 233-8100
Fax  (212) 766-4380

New York, New York
February 19, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondents

_____
Natasha Oeltjen, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.  (212) 637-2769
Fax  (212) 637-2786

SO ORDERED: 2/21/08

_____
Hon. Sidney H. Stein
United States District Judge

A46-133-250